Adam K. Yowell
FISHERBROYLES, LLP
5470 Kietzke Ln., Suite 300
Reno, NV 89511
Telephone: 775.230.7364
Adam.Yowell@fisherbroyles.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| OPUS ONE COPRORATION D/B/A CONTEST FACTORY, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>PANCAKE LABORATORIES, INC., a Nevada corporation<br><br>Defendant. | C.A. No. 3:23-cv-00484-RCJ-CSD |

## STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT –

## SECOND REQUEST

IT IS HEREBY STIPULATED AND AGREED by the Plaintiff and the Defendant, subject to the approval of the Court, that Defendant's time to answer, move, or otherwise respond to Plaintiff's Complaint for Patent Infringement is extended up through and including January 2, 2024. The parties believe an amicable resolution may be reached and request this time to further discuss such a resolution. This is the second request for an extension.

| | |
|---|---|
| Brownstein Hyatt Farber Schreck, LLP | FISHERBROYLES, LLP |
| | |
| */s/ Matthew D. Francis* | */s/ Adam K. Yowell* |
| Matthew D. Francis | Adam K. Yowell |
| 5520 Kietzke Lane, Suite 110 | 5470 Kietzke Ln., Suite 300 |
| Reno, NV 89511 | Reno, NV 89511 |
| Telephone: 775.324.4100 | Telephone: 775.230.7364 |
| mfrancis@bhfs.com | Adam.Yowell@fisherbroyles.com |
| | |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

IT IS SO ORDERED this 13th day of November 2023.

_____
United States Magistrate Judge

2